JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
IMANI L. DIXON
Nevada Bar No. 15724
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6318
FAX: (702) 388-5087
Imani.dixon@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-0106-BNW |
| Plaintiff, | Stipulation to Continue Trial Date (First Request) |
| vs. | |
| JODIE TORRES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and IMANI DIXON, Assistant United States Attorney, counsel for the United States of America, and THOMAS F. PITARO, ESQ., counsel for Defendant JODIE TORRES, that the trial date currently scheduled for April 19, 2023, at 9:00 a.m., in the above-captioned matter, be vacated and continued to a date and time to be set by this Honorable Court but no sooner than sixty (60) days.

This stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to review discovery and conduct investigation in this case to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The parties agree to the continuance.

3. The defendant is not currently detained pending trial and does not object to a continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for defendant sufficient time within which to be able to effective and complete investigation of the discovery materials being provided.

5. This is the <u>first</u> stipulation to continue filed herein.

DATED this 18th day of April, 2023.

                                                    Respectfully submitted,
                                                  JASON M. FRIERSON
                                                  United States Attorney

*/s/ Thomas J. Pitaro*                        */s/ Imani Dixon*
THOMAS J. PITARO, ESQ.                IMANI DIXON
Counsel for Defendant                     Assistant United States Attorney
**JODIE TORRES**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JODIE TORRES,<br><br>    Defendant. | 2:23-mj-0106-BNW<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to review discovery and conduct investigation in this case to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The parties agree to the continuance.

3. The defendant is not currently detained pending trial and does not object to a continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for defendant sufficient time within which to be able to effective and complete investigation of the discovery materials being provided.

5. This is the <u>first</u> stipulation to continue filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

**ORDER**

IT IS THERFORE ORDERED that the trial currently scheduled for April 19, 2023, at the hour of 9:00 a.m., be vacated and continued to **June 28, 2023 at 9:00 a.m.**

DATED <u>19th</u> day of April, 2023.

_____
THE HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

4